UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )  Criminal No.    21-cr-10358 |
| | ) |
| | )  Violations: |
| v. | ) |
| | ) |
| RAFAEL DE LOS ANGELES, | )  <u>Counts One through Five</u>: Embezzlement of |
| | )  Mail Matter by Employee |
| | )  (18 U.S.C. § 1709) |
| Defendant | ) |
| | ) |

## INDICTMENT

### COUNT ONE
Embezzlement of Mail Matter by Employee
(18 U.S.C. § 1709)

The Grand Jury charges:

On or about August 4, 2017, in Fall River, in the District of Massachusetts, the defendant,

RAFAEL DE LOS ANGELES,

being a United States Postal Service employee, did embezzle a package addressed to A.C., at Last Street, Fall River, Massachusetts, which had been entrusted to the defendant and which came into his possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service and forwarded through and delivered from any post office.

All in violation of Title 18, United States Code, Section 1709.

1

COUNT TWO
Embezzlement of Mail Matter by Employee
(18 U.S.C. § 1709)

The Grand Jury further charges:

On or about August 7, 2017, in Fall River, in the District of Massachusetts, the defendant,

RAFAEL DE LOS ANGELES,

being a United States Postal Service employee, did embezzle a package addressed to R.R., at Clement Street, Fall River, Massachusetts, which had been entrusted to the defendant and which came into his possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service and forwarded through and delivered from any post office.

All in violation of Title 18, United States Code, Section 1709.

2

<u>COUNT THREE</u>
Embezzlement of Mail Matter by Employee
(18 U.S.C. § 1709)

The Grand Jury further charges:

On or about August 14, 2017, in Fall River, in the District of Massachusetts, the defendant,

RAFAEL DE LOS ANGELES,

being a United States Postal Service employee, did embezzle a package addressed to S.A., at Last Street, Fall River, Massachusetts, which had been entrusted to the defendant and which came into his possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service and forwarded through and delivered from any post office.

All in violation of Title 18, United States Code, Section 1709.

3

<u>COUNT FOUR</u>
Embezzlement of Mail Matter by Employee
(18 U.S.C. § 1709)

The Grand Jury further charges:

On or about August 28, 2017, in Fall River, in the District of Massachusetts, the defendant,

RAFAEL DE LOS ANGELES,

being a United States Postal Service employee, did embezzle a package addressed to S.C., at Shove Street, Fall River, Massachusetts, which had been entrusted to the defendant and which came into his possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service and forwarded through and delivered from any post office.

All in violation of Title 18, United States Code, Section 1709.

4

<u>COUNT FIVE</u>
Embezzlement of Mail Matter by Employee
(18 U.S.C. § 1709)

The Grand Jury further charges:

On or about August 30, 2017, in Fall River, in the District of Massachusetts, the defendant,

RAFAEL DE LOS ANGELES,

being a United States Postal Service employee, did embezzle a package addressed to B.D., at Broad Street, Fall River, Massachusetts, which had been entrusted to the defendant and which came into his possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service and forwarded through and delivered from any post office.

All in violation of Title 18, United States Code, Section 1709.

5

A TRUE BILL

FOREPERSON

CRAIG E. ESTES
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: December __15__, 2021
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

12:50 pm

6